UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALAMON ISAKOV,

                Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC. and AMERICAN EXPRESS CO.,

                Defendants.

**ORDER OF DISMISSAL**

19 Civ. 8667 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled as to Defendant Experian Information Solutions, Inc., it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs as to Defendant Experian Information Solutions, Inc.; provided, however, that if the settlement is not consummated within sixty days of this order, either party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The case is hereby stayed. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
       June 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge